United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                           Case No. 15-14823-elf
Lauren Morris                                                    Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2         User: Antoinett        Page 1 of 2              Date Rcvd: Jan 08, 2020
                             Form ID: pdf900        Total Noticed: 20
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 10, 2020.
db             +Lauren Morris,    352 N. Hanover Street,    Pottstown, PA 19464-5387
cr              THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,    c/o Shellpoint Mortgage Servicing,
                 P.O. Box 10826,    Greenville, SC  29603-0826
cr             +The Bank of New York Mellon fka the Bank of New Yo,    PO Box 10826,    Greenville, SC 29603-0826
13558654       +Bank of New York Mellon,    1800 Tapo Canyon Road,    Mail stop #SV-103,
                 Simi Valley, CA 93063-6712
13558656        ECMC,    PO Box 16408,    Saint Paul, MN 55116-0408
13558657       +Ecmc,    Po Box 16408,    St. Paul, MN 55116-0408
13558658       +Henry Rymarowicz,    352 N. Hanover Street,    Pottstown, PA 19464-5387
13620478       #+Law Office of Stephen Ross, P.C.,    152 E. High Street, Suite 100,    Pottstown, PA 19464-5480
14404629       +THE BANK OF NEW YORK MELLON,    c/o Kevin G. McDonald, Esquire,    701 Market Street Suite 5000,
                 Philadelphia, PA. 19106-1541
13605071       +THE BANK OF NEW YORK MELLON FKA THE BANK OF,    c/o Shellpoint Mortgage Servicing,
                 PO Box 10826,    Greenville, SC 29603-0826
13558661        U S Dept Of Ed/Gsl/Atl,    Po Box 4222,    Iowa City, IA 52244

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Jan 09 2020 03:14:55     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 09 2020 03:14:31
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 09 2020 03:14:45     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13558653       +E-mail/Text: EBNProcessing@afni.com Jan 09 2020 03:14:40     Afni, Inc.,    Attn: Bankruptcy,
                 PO Box 3667,    Bloomington, IL 61702-3667
13558655        E-mail/Text: mrdiscen@discover.com Jan 09 2020 03:14:13     Discover,    PO Box 30943,
                 Salt Lake City, UT 84130
13558659        E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 09 2020 03:14:43     Jefferson Capital Systems,
                 PO Box 7999,    Saint Cloud, MN 56302-9617
13563986        E-mail/Text: ebn@vativrecovery.com Jan 09 2020 03:14:18     Palisades Collections, LLC,
                 VATIV RECOVERY SOLUTIONS LLC, dba SMC,    As agent for Palisades Collections, LLC,
                 P.O. Box 40728,    Houston, TX 77240-0728
13558660        E-mail/PDF: resurgentbknotifications@resurgent.com Jan 09 2020 03:15:36
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13558662        E-mail/Text: ebn@vativrecovery.com Jan 09 2020 03:14:18
                 Vativ Recovery Solutions, LLC dba SMC,    Agent for Palisades Collection, LLC,    PO Box 40728,
                 Houston, TX 77240-0728
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2020                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2           User: Antoinett            Page 2 of 2                   Date Rcvd: Jan 08, 2020
                               Form ID: pdf900            Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 8, 2020 at the address(es) listed below:

```
            ANN E. SWARTZ    on behalf of Creditor    The Bank Of New York Mellon f/k/a The Bank Of New York,
             as Trustee For The Certificateholders CWABS, Inc., Asset-Backed Notes Series 2005-SD3
             ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
            JOSEPH L QUINN    on behalf of Debtor Lauren  Morris CourtNotices@rqplaw.com
            KEVIN G. MCDONALD    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
             AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWABS, INC., ASSET-BACKED NOTES SERIES 2005-SD3
             bkgroup@kmllawgroup.com
            MARISA MYERS COHEN    on behalf of Creditor    The Bank Of New York Mellon f/k/a The Bank Of New
             York, as Trustee For The Certificateholders CWABS, Inc., Asset-Backed Notes Series 2005-SD3
             mcohen@mwc-law.com
            United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
            WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                            TOTAL: 6
```

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:**<br>LAUREN MORRIS | Chapter 13 |
| Debtor | Bankruptcy No. 15-14823-ELF |

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: January 8, 2020**

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JOSEPH L QUINN, ESQ
ROSS, QUINN, & PLOPPERT, P.C.
192 S. HANOVER ST., STE #101
POTTSTOWN, PA 19464-


Debtor:
LAUREN MORRIS

352 N. HANOVER STREET

POTTSTOWN, PA 19464-